# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 187

State of North Dakota,                                        Plaintiff and Appellee

v.

Amy Lynn Woodruff,                                        Defendant and Appellant

## No. 20210026

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bobbi Brown Weiler, Judge.

AFFIRMED.

Per Curiam.

Anna A. Argenti, Assistant State's Attorney, and Dominic Davis, third-year law student, under the Rule on Limited Practice of Law by Law Students, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant.

**Per Curiam.**

[¶1]   Amy Lynn Woodruff appeals from a criminal judgment entered after a jury found her guilty of preventing arrest. Woodruff argues the evidence at trial was insufficient to support her conviction, because the force required to remove Woodruff from her vehicle was not "substantial force" as required by N.D.C.C. § 12.1-08-02(1). Viewing the evidence in the light most favorable to the verdict, we conclude substantial evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte